# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MICHAEL LOEBER,

    Plaintiff,

vs.                          CASE NO. 5:09-cv-402/RS-MD

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.
_____/

## **ORDER**

Plaintiff's counsel may file an amended complaint not later than **Friday, May 7, 2010.**

**ORDERED** on April 23, 2010.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**