DEFENDANTS' COMPOSITE EXHIBIT A

Declaration of Ashley Stokes
with attachments
Grievance Log #09-6-02017
Grievance Log #09-6-22583

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL J. LOEBER DC#895668,

    Plaintiff,

v.                      Case No. 5:09cv402-RS/MD

DEPARTMENT OF CORRECTIONS, ET AL.,

    Defendants.
_____/

## DECLARATION OF ASHLEY STOKES

STATE OF FLORIDA )
COUNTY OF LEON   )

    I, Ashley Stokes, am an Administrative Assistant in the Bureau of Inmate Grievances of the Florida Department of Corrections. I have access to the Department of Corrections' automated database that tracks grievances appealed to the Office of the Secretary under Florida Administrative Code Chapter 33-103. I have been asked to locate all grievances related to medical care filed with the Office of the Secretary by inmate Michael J. Loeber DC#895688 since April 2008 when he was received into the custody of the Department of Corrections.

    A review of the automated grievance logs reveals that the inmate Loeber filed a total of five grievances with the Office of the Secretary between April 2008 when he was received and March 2010 when he was released from custody. Of those five grievances, only two dealt with medical care. True and correct copies of those grievances are attached to this declaration and are grievance log #09-6-02017, which was filed with the Office of the Secretary on January 22, 2009, and grievance log #09-6-22583 which was filed July 21, 2009.

    I am competent to testify to the facts stated in this declaration and I have personal knowledge of these facts. I declare under penalties of perjury that the foregoing statements in this declaration are true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

_____        Dated: 6/7/10
Declarant

A1

MAILED / FILED
WITH AGENCY CLERK

JAN 2 6 2009

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| LOEBER, MICHAEL | 895668 | 09-6-02017 | WAKULLA C.I. | G2111L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for administrative appeal has been received in non-compliance with Chapter 33-103.014(f), which states that the appeal must be received in the Office of the Secretary within fifteen calendar days of the institutional response.

Chapter 33-103.006(9), F.A.C. makes provisions for appeals/grievances to the Secretary to be receipted at the local institution/facility in order to facilitate your need to submit your appeal within the established time frames. Your failure to have your grievance receipted locally may have contributed to your failure to file the grievance timely.

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

Therefore, your grievance is being returned without action.

S. MILLIKEN

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE: 1/22/09

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

Received JAN 21 2009

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From: Loeber Michael / J. 895668 Wakulla-C-I
Last  First  Middle Initial  Number  Institution

## Part A – Inmate Grievance

09-6-02017

Formal Appeal - In 2006 I was diagnosed with a severe form of Hepatitis-C. I was taken to a professional doctor at the Bond Clinic of Tallahassee, Fla. A Dr. Williams recommended that I start treatment on a medication called Interferon. About 2 weeks after I saw Dr. Williams I was arrested before I could start my first series of treatment.

Since then my Hepatitis has gotten worse extreme tiredness, leg and feet water retention, brown spots, dangerously high levels of Amonia are just of my physical complications. I Took the initiative to go to Medical. I followed all the "Sick-call" procedures and rules set by the Medical Staff, however to no avail my medical needs have not been met. While my condition gets worse I have to fight tooth and nail just to get medication to ease my pain.

The whole purpose of this Formal Appeal is to get the "Professional Medical" Assistance I need, to be treated in a respectful, proper, and humane way towards my condition. Providing that I would've gotten my Interferon treatments which was advised to me to get by a professional Doctor to substain my life it would've (continued)

Michael Loeber 895668
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  0  Michael Loeber

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

118

1/21/09  Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on _____ (Date)  Institutional Mailing Log #: _____  DM (Received By)

DISTRIBUTION: INSTITUTION/FACILITY  CENTRAL OFFICE  0812-118-038
INMATE (2 Copies)  INMATE
INMATE'S FILE  INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

Document in IRIS (Inmate Records Imaging System)

A3

Formal Grievance Continued
Michael Loeber                    #895668

Formal Appeal - (page 2) had this deadly disease under control but the lack there of has made me suffer greatly.
Please remedy this Formal Appeal in my favor. I humbly request that I get started in my Interferon treatments and the Medical Staff here be questioned as to why I was'nt given the proper care in the first place in accordance to chapt. 33.

1-16-09
DATE

x Michael Loeber 895668

**PART B - RESPONSE**

| LOEBER, MICHAEL | 895668 | 0812-118-038 | WAKULLA C.I. | | |
|---|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

After a review of your chart and scheduled follow-ups, you are currently enrolled in the Gastro Clinic as indicated by your diagnosis. If you are having a problem, you may address it through sick-call. A $4.00 co-pay will apply and does not guarantee medication, passes or seeing a provider. You have also been referred to a gastroenterologist as procedure requires. Your request for treatment outside of scheduled follow-up without sick-call is denied.

Based on the above information, your Request for Administrative Remedy or Appeal is denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachment(s) as required by Chapter 33-103.007, and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, Florida 32399-2500.

D. Torres, CHO                    Henry W. Boyd, AWOP

D. TORRES-GONZALEZ
CHO
WAKULLA CI

SIGNATURE AND TYPED OR PRINTED NAME          SIGNATURE OF WARDEN, ASST. WARDEN, OR          DATE: 10/17/08
OF EMPLOYEE RESPONDING                        SECRETARY'S REPRESENTATIVE

COPY DISTRIBUTION -INSTITUTION / FACILITY          COPY DISTRIBUTION - CENTRAL OFFICE
(2 Copies) Inmate                                  (1 Copy) Inmate
(1 Copy) Inmate's File                             (1 Copy) Inmate's File - Inst./Facility
(1 Copy) Retained by Official Responding           (1 Copy) C.O. Inmate File
                                                   (1 Copy) Retained by Official Responding

Document in IRIS (Inmate Records Imaging System)

A5

F2-216L     STATE OF FLORIDA          0812-118-038
            DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☒ Warden (Mr Hosford)   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: Loeber, Michael J   895668   Wakulla C.I.
      Last  First  Middle Initial   Number   Institution

RECEIVED DEC 12 2008
WAKULLA CORRECTIONAL INST.
ASSISTANT WARDEN OF PROGRAMS

**Part A – Inmate Grievance**

I stated that An Informal Grievance was filed on 11/17/08 with Ms Douin, SHSA Denial. Reference immediate treatment of Hep-C. I stated that this Medical condition was document at RMC Lake Butler upon in-process to FDOC on or about March 31st, 2007. I am Requesting your assistance for immediate Chronic Care in Accordance with Estelle v. Gamble, 429 U.S. 97, 104, 97 S.Ct. 285, 291, 50 L.Ed.2d 251 (1976). [8] Civil Rights 13.4(5) And Cr. L. 1213 "We therefore conclude that deliberate indifference to serious medical needs of prisoners constitutes the "unnecessary and wanton infliction of of pain"."

12/08/08     Michael Loeber 895668
DATE         SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 1
                                                                      # Signature

**PART B – RESPONSE**

**SEE ATTACHMENT**

SIGNATURE AND TYPED OR PRINTED NAME    SIGNATURE OF WARDEN, ASST. WARDEN, OR    DATE
OF EMPLOYEE RESPONDING                  SECRETARY'S REPRESENTATIVE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.
                     TEAR ON PERFORATION

PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)

RETURN TO: Loeber, Michael   895668   Wakulla CI
           LAST FIRST MIDDLE INITIAL   NUMBER   INSTITUTION

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:
07h - Medical

12-12-2008        0812-118-038            SA
DATE              GRIEVANCE LOG NUMBER    RECIPIENT'S SIGNATURE (STAFF MEMBER)

DISTRIBUTION:        INSTITUTION/FACILITY        DISTRIBUTION:        CENTRAL OFFICE
WHITE COPY           INMATE COPY                 WHITE COPY           INMATE COPY
CANARY COPY          INMATE'S FILE               CANARY COPY          INMATE'S FILE - INST./FACILITY
PINK COPY            INMATE COPY                 PINK COPY            C.O. INMATE FILE
GOLDENROD COPY       RETAINED BY OFFICIAL RESPONDING    GOLDENROD COPY    RETAINED BY OFFICIAL RESPONDING

DC1-303 (Revised 8-00)

Document in IRIS (Inmate Records Imaging System)

A6

Warden  Michael Loeber
895668  F2-216L

I was unable to get a copy made, but this is word for word what I wrote on the Grievance to Medical.

Informal Grievance - I state that this Informal Grievance is to prevent continued lack of medical treatment for my Hep-C. I state that continued lack of Interferon treatment causes me worsening extreme tiredness, leg and feet water retention, brown spots, dangerously high Ammonia level, and lack of proper thought process. I state that this denial has caused cruel and unusual punishment under the Eighth Amendment. I state that treatment has been recommended by Bond Clinic of Tallahassee in July of 2006. I state that immediate medical care is requested.

Respectively,
Michael Loeber

Document in IRIS (Inmate Records Imaging System)

A7



<** FILED
WITH CLERK

JUL 28 2009

Department of Corrections
Bureau of Inmate Grievance Appeals**

**PART B - RESPONSE**

| LOEBER, MICHAEL | 895668 | 09-6-22583 | HOLMES C.I. | F1123L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

When filing a medical grievance, you are required to submit a formal grievance (DC1-303 form) to the Warden prior to filing to this office.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure. Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

G. WELLHAUSEN

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE 7/31/09

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**Document in IRIS (Inmate Records Imaging System)**

A-8

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

**RECEIVED**
JUL 21 2009
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections

From: Loeber, Michael J  895668
Last  First  Middle Initial  Number  Institution

Part A – Inmate Grievance  09-6-22583

I have Hepatitus-C. Before my arrest in July of 2007 I was just about to recieve treatment with the drug Interferon. The Bond Clinic said I needed the drug and sent me to the place to get it on Monroe street. I have tried to get treatment from D.O.C. since April of 2008. I was in Leon County Jail for 9 months prior. I have been turned down repeatedly. I just again was turned down again by medical here at Holmes C.I. I am extremely tired, shake, eyes burn, weak, sick, and can barely function. I am getting worse all the time. Please see to it that I start getting treatment

Remedy - treatments of Interferon

Sicerly,
Michael Loeber

7-16-2009                    Michael Loeber 895668
DATE                         SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 , Michael Loeber
                                                                       #      Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:_____  Institutional Mailing Log #:_____
                    (Date)                                                        (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY       CENTRAL OFFICE
               INMATE (2 Copies)          INMATE
               INMATE'S FILE              INMATE'S FILE - INSTITUTION/FACILITY
               INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                          CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

075
107
0

Document in IRIS (Inmate Records Imaging System)

A9