# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION


MICHAEL J. LOEBER,

     Plaintiff,

vs.                            CASE NO. 5:09-cv-402/RS/MD

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

     Defendants.

_____/

## ORDER

Before me is Plaintiff's Consent Motion to File Response to Motion to

Dismiss (Doc. 34). Plaintiff shall file his response to Defendant's Motion to

Dismiss (Doc. 33) not later than **July 12, 2010**.


     **ORDERED** on June 28, 2010.


                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**