IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL J. LOEBER,

    Plaintiff,

vs.                                    CASE NO. 5:09cv402/RS-MD

ERIONG OKON ANDEM, M.D.,
Individually; MARY COLLEEN WAHL,
ARNP, Individually; DELIANA GONZALES
TORRES, M.D., Individually; FLORIDA
DEPARTMENT OF CORRECTIONS;
LARRY CAMPBELL, in his official capacity
as Sheriff of Leon County, Florida; and
PRISON HEALTH SERVICES, INC.,

    Defendants.
_____/

## ORDER

The relief requested by Plaintiff's Consent Motion To File Response To Motion To Dismiss On Or Before July 15, 2010, is **granted**.

**ORDERED** on July 19, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**