IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MICHAEL J. LOEBER,**

    **Plaintiff,**

**vs.**                                  CASE NO. 5:09-cv-402/RS-MD

**DEPARTMENT OF CORRECTIONS,
STATE OF FLORIDA, ET AL.**

    **Defendants.**
_____/

## ORDER

The Judgment (Doc. 52) is **vacated**.

**ORDERED** on August 20, 2010

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK
                                  UNITED STATES DISTRICT JUDGE**