**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


MICHAEL J. LOEBER,

        Plaintiff,

vs.                                                                    CASE NO. 5:09cv402/RS-MD

LARRY CAMPBELL, in his official capacity
as Sheriff of Leon County, Florida; and
PRISON HEALTH SERVICES, INC.,

        Defendants.
_____

LARRY CAMPBELL, in his official capacity
as Sheriff of Leon County,

        Counter-Claimant,

vs.

MICHAEL J. LOEBER,

        Counter-Defendant.
_____/


## ORDER

The Unopposed Motion of Defendant Larry Campbell For Change Of Venue

(Doc. 59) is **denied**.  This case has been pending in the Panama City Division since

December 23, 2009.


        **ORDERED** on December 2, 2010.



        /S/ Richard Smoak_____
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**