**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


MICHAEL J. LOEBER,

        Plaintiff,

vs.                                    CASE NO. 5:09cv402/RS-MD

LARRY CAMPBELL, in his official capacity
as Sheriff of Leon County, Florida; and
PRISON HEALTH SERVICES, INC.,

        Defendants.
_____

LARRY CAMPBELL, in his official capacity
as Sheriff of Leon County,

        Counter-Claimant,

vs.

MICHAEL J. LOEBER,

        Counter-Defendant.
_____/

## ORDER

Before me is Defendant's Unopposed Motion To Depose The Plaintiff (Doc. 65).

**IT IS ORDERED** that pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants are

granted leave to take the deposition by oral examination of Plaintiff.


**ORDERED** on December 9, 2010.


/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**