IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL J. LOEBER,

    Plaintiff,

vs.                                          CASE NO. 5:09cv402/RS-CJK

ERIONG OKON ANDEM, M.D.,
Individually; MARY COLLEEN WAHL,
ARNP, Individually; DELIANA GONZALES
TORRES, M.D., Individually; FLORIDA
DEPARTMENT OF CORRECTIONS;
LARRY CAMPBELL, in his official capacity
as Sheriff of Leon County, Florida; and
PRISON HEALTH SERVICES, INC.,

    Defendants.
_____/

## ORDER

Before me is Defendants' Notice of Conflict (Doc. 76).

**IT IS ORDERED** that the trial of this case is rescheduled for August 29, 2011, and is presently the second case on the trial docket.

**ORDERED** on March 8, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**