**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

MICHAEL J. LOEBER,

        Plaintiff,

vs.                                                  CASE NO. 5:09cv402/RS-MD

LARRY CAMPBELL, in his official capacity
as Sheriff of Leon County, Florida; and
PRISON HEALTH SERVICES, INC.,

        Defendants.
_____

LARRY CAMPBELL, in his official capacity
as Sheriff of Leon County,

        Counter-Claimant,

vs.

MICHAEL J. LOEBER,

        Counter-Defendant.
_____/

## <u>ORDER</u>

Before me is the Stipulation Of Dismissal With Prejudice (Doc. 76).

**IT IS ORDERED:**

1.      This case is dismissed with prejudice.

2.      The clerk is directed to close the file.

**ORDERED** on March 22, 2011.

                        /S/ Richard Smoak_____
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**